## ROBERTSON v. EWING.

[No. 11,346.   Filed June 1, 1922.]

APPEAL.—*Briefs.— Failure of Appellee to File.— Reversal.—* Where appellant shows *prima facie* error, the failure of appellee to file a brief will be treated as a confession of error authorizing a reversal of the judgment.

From Marion Superior Court (A12,988) ; *Theophilus J. Moll,* Judge.

Action between Lane Robertson and Bertha Ewing. From the judgment rendered, the former appeals. *Reversed.*

*Emil C. Stroeh,* for appellant.

ENLOE, J.—The appellant having shown *prima facie* error, the failure of the appellee to file a brief will, under the authority of *Burroughs* v. *Burroughs* (1913), 180 Ind. 380, 103 N. E. 1, and *Roberts* v. *Fessler* (1920), 74 Ind. App. 333, 128 N. E. 359, be treated as a confession of error.

The judgment is therefore reversed, with directions to set aside the order dismissing appellant's complaint, and for further proceedings.